# United States District Court
# For The Western District of North Carolina
# Asheville Division

Kevin M. Bailey,

    Plaintiff(s),    JUDGMENT IN A CIVIL CASE

vs.    1:10cv162

John C. Parker, et al,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/9/10 Order.

FRANK G. JOHNS, CLERK

August 9, 2010

BY: s/Sharon Wilson
    Sharon Wilson, Deputy Clerk